FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-1097
_____

SHAKEL DEVON MCCLAIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
William Gary, Judge.

April 22, 2026

PER CURIAM.

    Shakel Devon McClain was convicted after trial of attempted first-degree murder, carjacking with a deadly weapon, and fleeing or attempting to elude a law enforcement officer. On appeal McClain claims that the court erred in permitting the State to introduce text messages to his girlfriend in the days leading to the crimes, because the messages impermissibly showed an improper character trait with which McClain acted in conformity, as any feelings McClain had in days prior to the crime were not probative of a material fact at issue. We find that any error in admitting the messages was harmless beyond a reasonable doubt. *See Blackwood*

*v. State*, 777 So. 2d 399, 408 (Fla. 2000) (holding that, to the extent the court erred in allowing introduction of statements of the defendant, "the error appears to be harmless because there is no possibility that it contributed to the outcome of the proceedings," citing *State v. DiGuilio*, 491 So. 2d 1129 (Fla. 1986)).

AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathleen Pafford, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.